O

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUL 3 1 2013
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
JUL 3 1 2013
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.
DATED: 7-31-13
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LADRAIRO A. PENNIX,<br><br>Plaintiff,<br><br>vs.<br><br>T.L. GONZALEZ, (W), et al.,<br><br>Defendants. | Case No. CV 11-8642-JSL (RNB)<br><br>ORDER ACCEPTING FINDINGS<br>AND RECOMMENDATION<br>OF UNITED STATES<br>MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court accepts the findings and recommendation of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered dismissing this action for failure to prosecute.

DATED: 7/29/13

J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE