```
ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
      JUL 31 2013
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY
```

JS-6
Entered

```
            FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
      JUL 31 2013
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY
```

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 7-31-13

DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LADRAIRO A. PENNIX,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>T.L. GONZALEZ, (W), et al.,<br><br>　　　　　Defendants. | Case No.  CV 11-8642-JSL (RNB)<br><br><br>**J U D G M E N T** |

　　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　　IT IS HEREBY ADJUDGED that this action is dismissed for failure to prosecute.

DATED: 7/29/13

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　J. SPENCER LETTS
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE