ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 31 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

JS-6
Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JUL 31 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 7-31-13

DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LADRAIRO A. PENNIX,<br><br>            Plaintiff,<br><br>vs.<br><br>T.L. GONZALEZ, (W), et al.,<br><br>            Defendants. | Case No.  CV 11-8642-JSL (RNB)<br><br><br><br>**J U D G M E N T** |

   Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

   IT IS HEREBY ADJUDGED that this action is dismissed for failure to prosecute.

DATED: 7/29/13

_____
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE